# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL LIEBREGT,<br><br>      Plaintiff,<br><br>v.<br><br>WORLD COURIER INC., et al.,<br><br>      Defendants. | No. 2:24-cv-03051-JAK (SKx)<br><br>**ORDER RE JOINT MOTION AND STIPULATION TO REMAND WITHOUT PREJUDICE (DKT. 15)**<br><br>**JS-6: CASE TERMINATED** |

1  Based on a review of the Joint Motion and Stipulation to Remand without
2  Prejudice (the "Stipulation" (Dkt. 15)), sufficient good cause has been shown for the
3  requested relief. Therefore, the Stipulation is **APPROVED IN PART**, as follows:
4      1. The Action is remanded to the Los Angeles Superior Court for settlement
5         purposes.
6      2. All pending dates and deadlines before this Court are vacated.

**IT IS SO ORDERED.**

Dated: January 10, 2025      _____
                                        John A. Kronstadt
                                        United States District Judge